IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2026 MAR 26 P 1:37

GREGORY KELLY AND
ANNETTE B. KELLY
Plaintiffs;

v.

CASE NO2:25-cv-00979-ECM-KFP

CITY OF BIRMINGHAM REGIONAL WATER WORKS; et al

### THE PLAINTIFFS REQUEST A SPECIAL COURT MASTER ; NEW TRIALS AND "PROMPT RELIEF" BY THE IMMEDIATE RECUSAL OF JUDGE PATE DUE TO RETALIATORY ACTIONS AGAINST THE PLAINTIFFS WHEN JUDGE PATE ACQUIESCED IN WRONGDOINGS

**COME NOW**; the Plaintiffs seek the "**IMMEDIATE RECUSAL**" of Magistrate

**Judge Kelly F. Pate who is being** "**CORRUPTLY INFLUENCED**" by

radicalized white Central Alabama Water (CAW) Board members and white LQBTQIA+

state officals . Alabama SB330 to prevent some of the highest water and wastewater

bills in the Nation. However, Judge Pate and state officials did not take these same

draconian actions when **Homosexual Electric Executives and Gay AL-GOP State**

**Officals** caused state residential customers in Alabama to pay some of the highest

power bills in the Nation . Thus, the Plaintiffs request for a **the "IMMEDIATE**

**RECUSAL" of Judge Kelly F. Pate and** the "IMMEDIATE ASSIGNMENT" of a

Special Court Master to prevent **MORE GAY ABOMINATION BEHAVIOR** in state

government service and due to the following good reasons :" **(Ex #1)**

1

1. **Judge Pate has been JUDICALLY GROOMED** by white Central Alabama Water Board members, Balch & Bingham Law Firm and AL-GOP state officials to **USURP** federal laws such as employment, education, healthcare, environmental and safety laws, and the state's public health laws.

2. The shortsighted decision to stop adding fluoride in Central Alabama Water drinking water may violate federal and state law, as health officials confirm they were not notified in advance as required.

3. The Central Alabama Water officials said the move would save more than $3.7 million in immediate upgrades and over $250,000 in annual maintenance and chemical costs. They also said eliminating the use of hydrofluorosilicic acid would reduce risks of workers chance injuries asssoated with hydrofluorosilicic acid

4. The Central Alabama Water decision did not follow proper protocol under Alabama law, which requires utilities to notify the state health officer at least 90 days before making changes to fluoridation.

5. The ADPH state agency confirmed it did not receive the required notice within the prescribed timeframe. State Health Officer Dr. Scott Harris said the agency is now working to determine its next steps.

6. **The "ONLY LOGICAL REASON WHY"** the Central Alabama Water and AL-GOP state officials appointed Judge Pate to ALMD court was to help:

a. **defend against claims where CAW** denied access to water utility service where Black and non-white CAW customers where required to provide a social security number and place of birth before receiving water utility service

b. **defend against gross mismanagement claims where** about 48.5% of the CAW puts into circulation generates no revenue, due to leaks, theft, maintenance and other losses. The national average for unbilled municipal water was said to be between 20% and 30%.

c. **defend against gross negligent claims** *where obsolete cast-iron and galvanized steel pipes pose cancer risks by degrading, leading to toxic chemical leaching and heavy metal contamination in drinking water.*

d. **defend against fraud, waste and abuse and wholesale and widespread wrongdoings under** the *2021 ARPA Act and the 2022 BIL Law aka the IIJA Act when the CAW was awarded $43.5 million from the ADEM state agency to replace lead pipes in its water distribution system.*

e. **defend against unresolved legal issues regarding Black property rights—specifically slander of title, trespassing, Fifth Amendment Taking Clause violations, and unauthorized access for service line replacement—***represent significant conflicts where private property rights intersect with public infrastructure or governmental authority. Recent Supreme Court jurisprudence has, however, strengthened landowner rights in these areas.*

f. **defend against negligent hiring, retention and negligent supervision losses** *caused by the CAW Defendants when allowing their employees and contract workers to misrepresent themselves by lying on job resumes and during job interviews as college and university degreed engineers and environmental scientists , and using fake engineering seals when CAW Defendants employees and contract workers knew or should have known that they did not have the proper skill sets to be engineers and environmental scientists*

3

**A.** <u>**Alabama SB330 an extreme overreach caused by Gross Mismanagement by Black Water Utility Executives and Judge Pate and state lawmakers did not take these same extreme actions when white Executives and LQBTQIA State Officials used WRRCE rate factor which causes Alabama Power residential customers to face some of the highest total Power Bills in the Nation**</u>

7. SB330 would also restructure the Birmingham Water Works Board and diminish **the oversight and appointing authority of the City of Birmingham ("Birmingham")** and elected officials in Jefferson County, leading to consequential decisions that do not align with the needs of the residents.

8. **There is NO legitimate basis for allowing white AL-GOP Board members to replace Black ADC Board members will improve the CWA system Engineering and Financial problems and abuses.**

9. The same alleged public corruption frauds at the **CWA** system is also occurring at the APSC Commission state agency and at Alabama Power Company , **but on a MUCH LARGER SCALE involving Quid -Pro Quo and Pay-to-Play utility frauds which caused state residential customers in Alabama to pay some of the highest power bills in the Nation**

10. The citizens of Jefferson County make up more than 90% of Birmingham Water Works customers, and the citizens of Birmingham make up more than 40% of the customer base.

4

11. Birmingham built the water utility and is more invested than any other community in its success. Water is a critical component of economic development, and Birmingham is the economic engine of the state, contributing about 30% of our entire state's gross domestic product.

12. **Alabama SB330 has caused disproportionate representation of customers served by the Board, in that a country with only 592 customers (Blount)**, will have significantly greater representation per capita than Jefferson County, with 202,316 customers, or the City of Birmingham, with 90,411 customers.

13. **Alabama SB330 represents extreme governmental overreach** in response to perceived management issues that the Legislature apparently believes are somehow due to Birmingham's appointees to the Water Works Board.

14. The implication that any perceived problems with the Water Works Board's management are due to the majority of Board members being appointed by Birmingham is wholly unsupported, is based strictly on the racial makeup of Birmingham, AL being more than 50% black, presents issues of constitutionality and fundamental fairness, **constitutes blatant racial discrimination, and is an affront to Birmingham's elected leadership and its citizens.**

15. There is no legitimate basis for the apparent assumption that management of the Water Works Board will be improved if Birmingham has fewer appointments.

16. The city of Birmingham, AL tap water supply has been unfit for human consumption due to the high levels of lead, copper arsenic and other contaminants.

## B. Judge  Kelly F. Pate   aiding and abetting  CAW Defendants  in causing  a Major Public Health crisis in  the mostly Black city of  Birmingham,  AL

17. The  CAW Defendants  have been in non-compliance  with  federal Safe Drinking Water Act, and the US -EPA 's Lead and Copper Rule, and other laws. Children, comprising about  24%  of Birmingham,  AL residents, are especially susceptible to the devastating and life-long damage of lead poisoning and lack of Fluoride in city of  Birmingham,  AL drinking water supply

18. Generally, Fluoride is added to many city water systems in the U.S. to prevent tooth decay, with an optimal level of 0.7 mg/L recommended to strengthen enamel while minimizing risks. While widely supported by health organizations as a safe public health measure that reduces cavities by 25%, some studies have investigated potential links to lower IQ in children at higher exposure levels,

6

19. Central Alabama Water (CAW), formerly the Birmingham Water Works Board (BWWB), announced in March 2026 that it is discontinuing the addition of fluoride to its drinking water, affecting 770,000 customers in Birmingham and surrounding areas. This decision follows a period of significant changes in the water utility's leadership and management, which has drawn sharp criticism from local officials and resulted in the Plaintiffs lawsuits

## C. Judge Kelly F. Pate and ALMD Court Officals Multiple Counts of Retaliation, Discrimination , Fraud and Civil Rights Violation

20. The Plaintiffs were retaliated and discrimination for seeking federal probes against AL-GOP state officials for causing a public health crisis Birmingham, AL because the foreseeable actions by CAW Defendants' motivated by racial and pollical animus has left Birmingham, AL mostly Black residents in an untenable position – without access to clean, safe drinking water, and a major U S city without fluoridated drinking water.

21. Judge Kelly F. Pate and the ALMD TNE Judicial Gang members violated the Plaintiffs First Amendment rights .

22. Judge Kelly F. Pate and the ALMD TNE Judicial Gang members violated the Plaintiffs Fourteenth Amendment rights

7

23. Judge  Kelly F. Pate  and the ALMD  TNE Judicial Gang members violated the Plaintiffs  Seventh   Amendment rights , guaranteed right to trial by jury in civil case in Federal Court .

24. Judge  Kelly F. Pate  and the ALMD  TNE Judicial Gang members violated the Plaintiffs  Seventh   Amendment rights including the guaranteed right to trial by jury in civil case in Federal Court.

25. Judge  Kelly F. Pate    and the ALMD  TNE Judicial Gang members, willfully and malicious violated Procedural  Due Process which violates  the Plaintiffs Civil Rights by not following the Codes of Judicial Conduct and by ignoring  the rules of laws that the U.S Constitution has laid out as a road map to conduct court proceedings, so that any person will receive a fair and impartial  system of justice

26. Judge  Kelly F. Pate   and the ALMD  TNE Judicial Gang members willfully and maliciously violated Procedural  Due Process by intervening and taking over the Plaintiffs  **more than thirty (30) Federal Lawsuit cases**  by answering motions and objections for the Defendants.

27. Judge Kelly F. Pate and the ALMD TNE Judicial Gang members violated Procedural Due Process and discriminated against and retaliated against the Plaintiffs by stating in their orders that the court clerk is directed to close the case and terminate any motion pending prior to the appeal procedures which are intentional tort and discrimination and retaliation, etc.

28. Judge Kelly F. Pate and the ALMD TNE Judicial Gang members willfully and maliciously violated Procedural Due Process and discriminated against and retaliated against the Plaintiffs by failing to disclose information about their Financial Interest and membership as TNE Judicial Gang members.

29. Judge Kelly F. Pate and the ALMD TNE Judicial Gang members willfully and maliciously violated Procedural Due Process and discriminated against and retaliated against the Plaintiffs **by stating that it was OK for the Defendants NOT TO answer the Plaintiffs complaints and court filings.**

30. Judge Kelly F. Pate and the ALMD TNE Judicial Gang members violated Procedural Due Process of law rights and discriminated against and retaliated against the Plaintiffs by becoming an advocate for the Defendants in **more than thirty (30) lawsuits** filed in Federal Court.

31.Judge  Kelly F. Pate  and the ALMD  TNE Judicial Gang members  violated Procedural  Due Process of law rights  and discriminated against and retaliated against the Plaintiffs by refusing to order court hearings  in cases previously filed by the Plaintiffs in other lawsuits in federal, state and administrative courts.

32. Judge  Kelly F. Pate  and the ALMD  TNE Gang members deprived the Plaintiffs of statutory protection under  state law  and the U.S Constitution, pursuant  to 42 U.S.C. § 1983 which enables civil lawsuits against state/local officials for violating rights under color of law, while § 1985 covers conspiracies to interfere with civil rights. 18 U.S.C. § 242 for  deprivation of rights under color of law.

33.**Judge  Pate . TNE Gang members  and the  "69  Brokeback Mountain LQBTQIA+ gang members"  SHOULD HAVE BEEN PUBLICLY REPRIMANED AND  SANCTIONED  FOR LYING AND SINFULL  AND GAY ABOMINATION  BEHAVIOR( oral and anal sex )**  and for retaliating against and  threatening  the Plaintiffs  **with   court**  homosexual; **taxes of $6, 952.72 for ( Troy King,  John Free, Jan Cook  and Judge  Susan Russ Walker  and Assistance AL-AG Oliver Martein )  NOT FULLY  Pleasing and Pleasuring**  Brokeback Mountain LQBTQIA+ gang members.

34. The Plaintiffs additionally request a New Trail and Special Court Master to promptly open Federal probes ( civil and criminal ) about: (i) RICO Act obstruction of justice violations and **(2)** Black and disfavored groups such as civil rights , voting, rights environmental justice and child safety advocacy groups are being denied **"EQUAL ACCESS"** to the ALMD courts.

**RESPECTFULLY SUBMITTED on this 26th day of March 2026.**

By: _____ 3-26-2026

Gregory Kelly Plaintiff
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: _____
3/26/2026    aBK

Annette B. Kelly Plaintiff
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

## CERTIFICATION OF SERVICE

**We hereby certify, our certified mail, Plaintiffs, Gregory and Annette B.**

**Kelly** , sent notification, and a copy of the foregoing has been served upon the

following by placing a copy of the same in the U.S mail, and timely and properly

addressed and postage prepaid of such filing to the following individuals **on "26th**

**day of March of 2026."**

**Mr. Trey Granger**
**U.S District Court of Alabama**
1 Church St.
Montgomery, AL 36104

By: _____

Gregory Kelly Plaintiff
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: _____

Annette B. Kelly Plaintiff
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

12